Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska



## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**   Elvis Patrick Henry   **Docket Number:** 8:05CR144-2

**Sentencing Judge:**   The Honorable Joseph F. Bataillon
Chief U.S. District Judge

**Date of Original Sentence:** November 22, 2005

**Original Offense:** Simple Assault

**Original Sentence:** 3 years probation

**Type of Supervision:** Probation

**Date Supervision Commences:** November 22, 2005 to November 21, 2008

---

## PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____

_X_   To modify the conditions of supervision as follows:

**Elvis P. Henry shall be placed at the Federal Halfway House, Bannum Inc, at 916 Nebraska Street, Sioux City, Iowa, or CH Inc, at 1228 S. Main Street, Council Bluffs, Iowa, for up to 120 days or until released by the Director of said program. Pursuant to P.L..91-492.**

### CAUSE

Mr. Henry is currently being supervised by U. S. Probation Officer Christopher Hopper from the Northern District of Iowa. Mr. Henry is sporadically attending substance abuse treatment and has failed to comply with directives from the supervising probation officer. U.S. Probation Officer Hopper believes placement at the Federal Halfway House will provide Mr. Henry with the needed structure to keep him in compliance with the court order.

HENRY, Elvis Patrick
**Request for Modifying the Conditions**
March 27, 2006

Respectfully submitted,

*[signature]*
Douglas D. Steensma
U.S. Probation Officer

Reviewed by,

*[signature]*
Yador J. Harrell, Deputy Chief
U.S. Probation Officer

## THE COURT ORDERS

___  No Action

___  The Extension of Supervision as noted above

_X_  The Modification of Conditions as noted above

___  Other

*[signature]*
The Honorable Joseph F. Bataillon
Chief U.S. District Judge

3/31/06
Date

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

**Elvis P. Henry shall be placed at the Federal Halfway House, Bannum Inc, at 916 Nebraska Street, Sioux City, Iowa, or CH Inc, at 1228 S. Main Street, Council Bluffs, Iowa, for up to 120 days or until released by the Director of said program. Pursuant to P.L..91-492.**

Witness: _____     Signed: _____
Christopher Hopper                                   Elvis Patrick Henry
U.S. Probation Officer                               Offender

Date: 3/31/06